B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE: Octavio Rodriguez
Manuela Rodriguez

CASE NO

CHAPTER  7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No.  1

**Creditor's Name:**
CitiMortgage, Inc
P.O. Box 6006
The Lakes, NV 88901-6006
xxxxxx0992

**Describe Property Securing Debt:**
Non-Homestead Proeprty

Property will be (check one):
[✓] Surrendered    [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
[ ] Claimed as exempt    [✓] Not claimed as exempt

---

Property No.  2

**Creditor's Name:**
CitiMortgage, Inc.
P.O. BOX 6006
THE LAKES, NV 88901-6006
xxxxxxx638-0

**Describe Property Securing Debt:**
Non-Homeastead Proeprty

Property will be (check one):
[✓] Surrendered    [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
[ ] Claimed as exempt    [✓] Not claimed as exempt

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: Octavio Rodriguez
Manuela Rodriguez

CASE NO

CHAPTER  7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| Lessor's Name:<br>None | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐     NO ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  4/1/2011                               Signature  /s/ Octavio Rodriguez
                                                        *Octavio Rodriguez*


Date  4/1/2011                               Signature  /s/ Manuela Rodriguez
                                                        *Manuela Rodriguez*