RITA DELGADO
6429 COW PEN ROAD #U-207
MIAMI LAKES, FLORIDA 33014
(786)985-6521

May 10, 2011

United States Bankruptcy Court
Honorable John K. Olson
299 East Broward Blvd.
Room 303
Fort Lauderdale, Florida 33301



Re: Case No. 11-18964-JKO
Octavio Rodriguez
Citi/GE Money (Rooms to Go) Account No. 6032590363391128

Dear Judge Olson:

My name is Rita Delgado and Mr. Octavio Rodriguez is my great-uncle. In 2006 he served as a co-signer on the above referenced account for furniture that I purchased at Rooms to Go. I am the primary account holder and I have paid this account on time since 2006 and I have never made a late payment. In January of 2011 I did not receive my statement from Citi, which was the original creditor on this loan. I contacted Citi and I was informed that this account was no longer with Citi and had been transferred to GE Money. I contacted GE Money and I was informed that this account was transferred to their bankruptcy department because my great uncle had filed for bankruptcy. GE Money told me that they would not send me any invoices or correspondence and to make whatever payment I wanted to a P.O. Box address that they provided me. I contacted the attorney's office that is handling the bankruptcy for my great uncle and I spoke with attorney Jose Blanco who informed me that there was nothing that could be done to remove this account from the bankruptcy.

In the interim of the transfer of my account from Citi to GE Money, I was attempting to purchase a property. When my credit report was ran, this account was reflecting as a charged off account in my credit report. My credit score plunged by over 100 points, one of my credit cards was automatically closed by the creditor due to my low credit score and I was not able to purchase the property I was attempting to buy.

I contacted GE Money and all three credit bureaus and filed complaints requesting that they remove the status of charged off on my credit report so that I can pay them off in their entirety. All my requests were denied.

Today, I contacted two other bankruptcy attorneys with regards to my situation, and to the contrary of what Mr. Jose Blanco told me, there is indeed a way to have this account removed from the bankruptcy and that is by filing a motion to have the debt reaffirmed or redeemed.

I again proceeded to contact the attorneys office that is handling the bankruptcy for my great uncle and they reneged on the idea to have this account removed from the bankruptcy. Finally, my great uncle personally went to their office and they continued to try to persuade him not to authorize the reaffirmation.

Your Honor, I am terribly sorry if my letter is not proper but I have no other way to solve the situation with my credit. If this matter is not resolved it will take many years for me to be able to resolve this matter and reconstruct my credit. I kindly ask that you please issue the order to remove this account from my great uncle's bankruptcy so that I can present it to the credit bureaus and attempt to reconstruct my credit. I have spoken with my great uncle and he is in agreement to having this account removed from the bankruptcy. I am very sorry to bother you with this but I have exhausted every possibility in my power to try and resolve this matter in another way.

I thank you very much for taking the time to read this. I truly hope that you will be able to help me. Should you need to contact me I can be reached at 786-985-6521.

Thank you,

Rita Delgado