**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

Inre:  
Octavio Rodriguez and Manuela Rodriguez

_____Debtor_____/

Case No. 11-18964

Chapter 7

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR**
**AMENDING CREDITOR INFORMATION**

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I certify that:

[ x ]  The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2. provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and
4. filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and
3. filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have**:
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)] and
2. filed an amended schedule(s) or other paper.

[ ]  The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and
3. filed an amended schedule(s) and summary of schedules.

[ ]  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It X does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B) and, if filed electronically without imaged signatures, a local form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

Dated: _____6/13/2011_____

/s/ Robert Sanchez, Esq  
Attorney for Debtor (or Debtor, if pro se)

Roberto Sanchez, Esq.  
Print Name

0442161  
Florida Bar Number

_____  
Joint Debtor (if applicable)

_____  
Address

_____  
Phone Number

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re  Octavio Rodriguez  
Manuela Rodriguez

Case No.  11-18964

Chapter  7

*AMENDED 6/13/2011*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $1,285.73 |
| Average Expenses (from Schedule J, Line 18) | $1,262.87 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $1,478.63 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $106,050.05 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $178,481.64 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $284,531.69 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re  Octavio Rodriguez  
Manuela Rodriguez

Case No. 11-18964

Chapter 7

*AMENDED 6/13/2011*

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $74,440.00 | | |
| B - Personal Property | No | 4 | $4,335.00 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $149,350.05 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $178,481.64 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $1,285.73 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $1,262.87 |
| TOTAL | | 16 | $78,775.00 | $327,831.69 | |

B6F (Official Form 6F) (12/07)

In re **Octavio Rodriguez**  
　　　**Manuela Rodriguez**

Case No. **11-18964**  
(if known)

*AMENDED 6/13/2011*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx6184<br>Alegro Acceptance<br>P.O. BOX 1207<br>SAN BRUNO, CA 94066-1207 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Collection Agency<br>REMARKS: | | X | | $1,578.35 |
| ACCT #: xxxx-xxxx-xxxx-9476<br>Bank Of America<br>P.O. BOX 851001<br>Dallas, TX 75285-1001 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card Purchases<br>REMARKS: | | X | | $18,391.91 |
| ACCT #: xxxx/xxxxxguez<br>Century Village Condo. Association, Inc.<br>c/o Kevin G. Peters, Esq.<br>2699 Stirling Road<br>Suite C-207<br>FORT LAUDERDALE, FL 33312 | | H | DATE INCURRED:<br>CONSIDERATION:<br>Association Fees<br>REMARKS: | | X | | $716.00 |
| ACCT #: xxxx-xxxx-xxxx-9036<br>Chase<br>P.O. Box 15153<br>Wilmington, DE 19886 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card Purchases<br>REMARKS: | | X | | $3,527.16 |
| ACCT #: xxxxxx0992<br>CitiMortgage<br>P.O. Box 6606<br>The Lakes, NV 88901-6006 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Mortgage Deficiency Balance<br>REMARKS: | | X | | $30,123.01 |
| ACCT #: xxxxxxx638-0<br>CitiMortgage<br>P.O. Box 6606<br>The Lakes, NV 88901-6006 | | J | DATE INCURRED:<br>CONSIDERATION:<br>Mortgage Deficiency Balance<br>REMARKS:<br>Property 1251 SW 16th Court Unit C-311 is being surrendered through the bankruptcy (Debtor(s) surrenders and abandons all | | X | | $119,227.04 |

Subtotal > $173,563.47

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

____2____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Octavio Rodriguez**      Case No. **11-18964**
      **Manuela Rodriguez**
                                              (if known)

*AMENDED 6/13/2011*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | intrest in property). | | | | |
| ACCT #: xxxxxxxxx0166<br>Daniels & Norelli, P.C.<br>900 Merchants Concourse<br>Suite 400<br>WESTBURY, NY 11590 | | H | DATE INCURRED:<br>CONSIDERATION:<br>Collection Agency<br>REMARKS:<br>Collections For Citibank South Dakota<br>Original Acct No.: 5121-0718-8079-0336 | | | | $1,069.32 |
| ACCT #: xxxxxxxx3030<br>Gemb/Cheveron<br>P.O Box 2001<br>Concord, CA 94529 | | H | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card Debt<br>REMARKS: | | X | | $2,000.00 |
| ACCT #: xxxxxxxx3347<br>GEMB/Walmart<br>P.O Box 981400<br>El Paso, TX 79998 | | H | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card Purchases<br>REMARKS: | | X | | $250.00 |
| ACCT #: xxR819<br>NCO Fiancial Systems<br>P.O. BOX 17080<br>WILMINGTON, DE 19850-7080 | | H | DATE INCURRED:<br>CONSIDERATION:<br>Collection Agency<br>REMARKS:<br>Original Creditor Bank Of America, N.A.<br>Original Accoutn No.: 898014784197 (Personal Overdraft 0750109001 | | X | | $26.85 |
| ACCT #: xxxx-xxxx-xxxx-5773<br>Rooms To Go<br>HRS Dept 7680<br>Carol Stream, IL 60116-7680 | | H | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card Purchases<br>REMARKS: | | X | | $794.00 |

Sheet no. __1__ of __2__ continuation sheets attached to          Subtotal >    $4,140.17
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                   Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Octavio Rodriguez**  
**Manuela Rodriguez**

Case No. **11-18964**  
(if known)

*AMENDED 6/13/2011*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-0336<br>Sears<br>P.O. Box 6282<br>Sioux Falls, SD 57117 | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $516.00 |
| ACCT #: xxxx/xxxxxguez<br>Straley & Otto, P.A.<br>2699 Stirling Road<br>Suite C-207<br>FORT LAUDERDALE, FL 33312 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | X | | $262.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $778.00

Total > $178,481.64  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)