IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

Octavio and Manuela Rodriguez                                  Case No.11-18964

                                                                                                   Chapter 7

_____Debtors/

## NOTICE OF APPEARANCE

      COMES NOW, the Debtor, Octavio and Manuela Rodriguez, by and through undersigned counsel files this Notice of Appearance as attorney of record, and requests the clerk to add the undersigned to the service matrix for the case.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by CM/ECF to registered CM/ECF users and via US Mail to all interested parties on the attached service list on the 7$^{h}$ day of April, 2015.

                                                            Respectfully Submitted:

                                                             **Maite L. Diaz, Esq.**
                                                             Attorney for Debtor
                                                             P.O. Box 820300
                                                             South Florida, FL 33082
                                                             Telephone: 954-300-3915
                                                             Facsímile: 954-431-0606

                                                                 By: /s/ Maite L. Diaz
                                                                 Maite L. Diaz, Esq.
                                                                FL Bar No. 025880