UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                                                        Case No: 11-18964

                                                                                                    Chapter 7

Octavio and Manuela Rodriguez

_____Debtors/

MOTION TO REOPEN CASE

FOR THE PURPOSE OF FILING MOTION TO VALUE JUNIOR LIEN ON REAL PROPERTY

        COMES NOW, the debtors, Octavio and Manuela Rodriguez, by and through undersigned counsel and move this Honorable Court for an reopening case for the purpose of filing a motion to value junior lien on real property, and as grounds therefore would show:

1. On or about 04/01/2011, the instant case was filed by the debtor.

2. On or about 08/02/2011  the debtors received a chapter 7 discharge.

3. At the time of the case the debtors sought to surrender their real property but have since changed their minds and seek to an order valuing the junior lien on their real property.

WHEREFORE, undersigned counsel prays that this Honorable Court enter and Order Reopening the Case for the filing a motion to value junior lien on real property.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar in the United States District Court for the Southern

District of Florida and I am in compliance with the additional qualifications to practice in this court set

forth in Local Rule 2090-1

I HEREBY CERTIFY that a true and correct copy of the foregoing and corresponding notice of hearing has been served by CM/ECF transmission to Kenneth Welt, Trustee and other interested parties on the attached service list this 7th day of April, 2015.

                                                    Respectfully Submitted:

**Maite L. Diaz, Esq.**
Attorney for Debtor
P.O. Box 820300
South Florida, FL 33082
Telephone: 954-389-1667
Facsimile: 954-431-0606


By:  \_\_\_\_/s/ Maite L. Diaz_____
Maite L. Diaz, Esq.
      FBN #025880