UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Octavio and Manuela Rodriguez,          Case No. 11-18964-JKO
         Debtors.                                Chapter 7
_____/

### EX-PARTE MOTION FOR SUBSTITUTION OF COUNSEL

**COME NOW**, the Debtors, OCTAVIO RODRIGUEZ AND MANUELA RODRIGUEZ, pursuant to Local Rule 2091-1 and 9013-1(C)(23), and move hereto to substitute Robert Sanchez Esq., from Robert Sanchez, P.A., with Maite L. Diaz, Esq., from the Law Offices of Maite L. Diaz, P.A., as their attorney of record in this case.

1. The Debtors filed a case under Chapter 7 of the Bankruptcy Code on April 1, 2011.

2. The Debtors were discharged on August 2, 2011.

3. The case was closed on August 5, 2011.

4. On April 7, 2015, Attorney Maite Diaz filed a Notice of Appearance [ECF #41] and Motion to Reopen Chapter 7 Case [ECF #42] on behalf of the Debtors.

5. Said Motion to Reopen is set to be heard on May 12, 2015 at 10:00 AM.

6. The Debtors, OCTAVIO RODRIGUEZ AND MANUELA RODRIGUEZ, consent to this substitution of counsel per the attached signed stipulation and wish to name Maite L. Diaz, Esq., as the new attorney of record for this case.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter and Order substituting Robert Sanchez, Esq. with Maite L. Diaz, Esq.

### CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Trustee, Kenneth A. Welt and via U.S. Mail this 20th day of April 2015: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49 ST
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 11-18964-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Apr 14 12:43:27 EDT 2015 | Falmouth at Century Village Condominium Asso<br>c/o Charles F. Otto, Esq.<br>2699 Stirling Road<br>Suite C-207<br>Fort Lauderdale, FL 33312-6541 | Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 |
| Alegro Acceptance<br>P.O. BOX 1207<br>SAN BRUNO, CA 94066-7207 | Allegro Acceptance<br>P.O. Box 1207<br>San Bruno, CA 94066-7207 | Bank Of America<br>P.O. BOX 851001<br>Dallas, TX 75285-1001 |
| Century Village Condo. Association, Inc.<br>c/o Kevin G. Peters, Esq.<br>2699 Stirling Road<br>Suite C-207<br>FORT LAUDERDALE, FL 33312-6541 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | CitiMortgage<br>P.O. Box 6606<br>The Lakes, NV 88901-6006 |
| CitiMortgage, Inc<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | Daniels & Norelli, P.C.<br>900 Merchants Concourse<br>Suite 400<br>WESTBURY, NY 11590-5114 | Gemb/Chevron<br>P.O. BOX 2001<br>Concord, CA 94529-0001 |
| Genb/Walmart<br>P.O. BOX 981400<br>El Paso, TX 79998-1400 | NCO Fiancial Systems<br>P.O. BOX 17080<br>WILMINGTON, DE 19850-7080 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Rooms To Go<br>HRS Dept. 7680<br>Carol Stream, IL 60116-7680 | Sears<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Straley & Otto, P.A.<br>2699 Stirling Road<br>Suite C-207<br>FORT LAUDERDALE, FL 33312-6541 |
| Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | Maite L. Diaz Esq.<br>P O B 820300<br>Pembroke Pines, FL 33082-0300 | Manuela Rodriguez<br>13250 SW 7 Ct #409L<br>Pembroke Pines, FL 33027-1842 |
| Octavio Rodriguez<br>13250 SW 7 Ct #409L<br>Pembroke Pines, FL 33027-1842 | Rita Delgado<br>6429 Cow Pen Rd # U 207<br>Miami Lakes, FL 33014-6664 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

3