UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Octavio and Manuela Rodriguez,

Debtors.

_____/

Case No. 11-18964-JKO

Chapter 7

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 2091-1, the following hereby stipulate and agree to the appointment of attorney, Maite L. Diaz, Esq., from the Law Offices of Maite L. Diaz, P.A., as the attorney of record for the Debtors, OCTAVIO RODRIGUEZ AND MANUELA RODRIGUEZ, and the removal of Robert Sanchez Esq., from Robert Sanchez, P.A. as counsel for the Debtors.

The Debtors have consented to this Stipulation for Substitution of Counsel

_____
Octavio Rodriguez, Debtor
4/14/15
Date

_____
Manuela Rodriguez, Joint Debtor
4/14/15
Date

Robert Sanchez, Esq.
Robert Sanchez P.A.
900 W 49th Street Ste: 500
Hialeah, Florida 33012
Tel. (305) 687-8008

_____
Robert Sanchez Esq.
Florida Bar No. 0442161

Dated: 04/14/2015

Maite L. Diaz, Esq.
Law Offices of Maite L. Diaz, P.A.
PO Box 820300
Pembroke Pines, FL 33082-0300
Tel. 954-389-1667

_____
Maite L. Diaz, Esq.
Florida Bar No. 25880

Dated: 4/14/15