UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Octavio and Manuela Rodriguez,            Case No. 11-18964-JKO

Debtors.                                            Chapter 7
_____/

**ORDER GRANTING DEBTORS' MOTION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before the Court upon the Debtors' Ex-Parte Motion for Substitute of Counsel and the Court having considered the Motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1. That Maite L. Diaz, Esq. shall hereon be the attorney of record.

###

**\*Attorney Sanchez is responsible for serving a copy of the foregoing to all interested parties.**

**By: Robert Sanchez, P.A.**
   **355 W 49 ST,**
   **Hialeah, FL  33012**
   **305/687-8008 (Direct Line)**