UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Octavio and Manuela Rodriguez,            Case No. 11-18964-JKO
                                                   Chapter 7
_____Debtors_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY,** that a true and correct copy of the Ex-Parte Motion for Substitution of Counsel and Notice of Hearing was sent to all interested parties on May 4, 2015 as follows:

Electronically:

Trustee, Kenneth A. Welt
Maite L. Diaz, Esq.

Via First Class Mail:

Debtors, Octavio & Manuela Rodriguez
13250 SW 7 Ct #409L
Pembroke Pines, FL 33027

And to all parties on the attached service list.

        Respectfully Submitted:
        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 11-18964-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Apr 14 12:43:27 EDT 2015 | Palmouth at Century Village Condominium Asso<br>c/o Charles P. Otto, Esq.<br>2699 Stirling Road<br>Suite C-207<br>Fort Lauderdale, FL 33312-6541 | Recovery Management Systems Corp<br>25 SE 2 Ave  #1120<br>Miami, FL 33131-1605 |
| Alegro Acceptance<br>P.O. BOX 1207<br>SAN BRUNO, CA 94066-7207 | Allegro Acceptance<br>P.O. Box 1207<br>San Bruno, CA 94066-7207 | Bank Of America<br>P.O. BOX 851001<br>Dallas, TX 75285-1001 |
| Century Village Condo. Association, Inc.<br>c/o Kevin G. Peters, Esq.<br>2699 Stirling Road<br>Suite C-207<br>FORT LAUDERDALE, FL 33312-6541 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | CitiMortgage<br>P.O. Box 6606<br>The Lakes, NV 88901-6006 |
| CitiMortgage, Inc<br>P.O. Box 6006<br>The Lakes, NV 88901-6006 | Daniels & Norelli, P.C.<br>900 Merchants Concourse<br>Suite 400<br>WESTBURY, NY 11590-5114 | Gemb/Chevron<br>P.O. BOX 2001<br>Concord, CA 94529-0001 |
| Genb/Walmart<br>P.O. BOX 981400<br>El Paso, TX 79998-1400 | NCO Fiancial Systems<br>P.O. BOX 17080<br>WILMINGTON, DE 19850-7080 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Rooms To Go<br>HRS Dept. 7680<br>Carol Stream, IL 60116-7680 | Sears<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Straley & Otto, P.A.<br>2699 Stirling Road<br>Suite C-207<br>FORT LAUDERDALE, FL 33312-6541 |
| Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | Maite L. Diaz Esq.<br>P O B 820300<br>Pembroke Pines, FL 33082-0300 | Manuela Rodriguez<br>13250 SW 7 Ct #409L<br>Pembroke Pines, FL 33027-1842 |
| Octavio Rodriguez<br>13250 SW 7 Ct #409L<br>Pembroke Pines, FL 33027-1842 | Rita Delgado<br>6429 Cow Pen Rd # U 207<br>Miami Lakes, FL 33014-6664 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |